```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 39032
   LANELL SCOTT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5245


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/21/2005 and was confirmed 12/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
QUICK PAYDAY LOANS         UNSECURED         380.00            .00            38.00
DEVON FINANCIAL SERVICE    UNSECURED         254.00            .00            25.40
ARONSON FURNITURE          SECURED           350.00            .00           350.00
ARONSON FURNITURE          UNSECURED         350.00            .00            35.00
CONTINENTAL FURNITURE      SECURED          1000.00            .00          1000.00
CONTINENTAL FURNITURE      UNSECURED       NOT FILED           .00              .00
CONTINENTAL FURNITURE      NOTICE ONLY     NOT FILED           .00              .00
AMERICASH LOANS LLC        UNSECURED         499.84            .00            49.98
BLOCKBUSTER                UNSECURED       NOT FILED           .00              .00
CASH TO GO                 UNSECURED       NOT FILED           .00              .00
CHECK N GO                 UNSECURED       NOT FILED           .00              .00
COLUMBIA HOUSE             UNSECURED       NOT FILED           .00              .00
CASH DOCTORS               UNSECURED       NOT FILED           .00              .00
QUICK PAYDAY               UNSECURED         340.00            .00            34.00
INSTANT CASH               UNSECURED       NOT FILED           .00              .00
WEXLER & WEXLER            UNSECURED       NOT FILED           .00              .00
MIDNIGHT VELVET            UNSECURED         102.17            .00            10.22
PAYDAY LOANS               UNSECURED       NOT FILED           .00              .00
RADIO SHACK                UNSECURED       NOT FILED           .00              .00
ROUNDUP FUNDING LLC        UNSECURED         730.34            .00            73.03
SEVENTH AVENUE             UNSECURED         320.79            .00            32.08
SONIC PAYDAY               UNSECURED       NOT FILED           .00              .00
SWISS COLONY               UNSECURED         126.30            .00            12.63
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00              .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED           .00              .00
USA PAYDAY LOAN            NOTICE ONLY     NOT FILED           .00              .00
USA PAYDAY                 UNSECURED        1087.50            .00           108.75
WASHINGTON MUTUAL          UNSECURED       NOT FILED           .00              .00
ROUNDUP FUNDING LLC        UNSECURED         500.59            .00            50.06
CASHTODAY LOANS            NOTICE ONLY     NOT FILED           .00              .00
AMERICASH LOANS LLC        UNSECURED         669.21            .00            66.92
AMERICAS FINANCIAL CHOIC   UNSECURED         491.20            .00            49.12

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 39032 LANELL SCOTT
```

```
ER SOLUTIONS INC         UNSECURED          570.88            .00           57.09
ZALUTSKY & PINSKI LTD    REIMBURSEMENT      194.00            .00          194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                           266.14
DEBTOR REFUND            REFUND                                            135.58
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                4,788.00

PRIORITY                                          194.00
SECURED                                         1,350.00
UNSECURED                                         642.28
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              266.14
DEBTOR REFUND                                     135.58
                       ---------------        ---------------
TOTALS                 4,788.00                 4,788.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 02/26/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE